Valley (2026 NY Slip Op 01704)

Matter of Valley

2026 NY Slip Op 01704

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, AND DELCONTE, JJ. (Filed Mar. 3, 2026.)

&em;

[*1]MATTER OF JOE M. VALLEY, A DISBARRED ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER
Order entered striking name from roll of attorneys pursuant to Judiciary Law § 90 (4) (b).